IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| MICHAEL SIMS and | ) Case No. 5-10-bk-57898 |
| SUDIE SIMS, | ) |
|   Debtor(s) | ) |
| | ) |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for Rural Metro (Rural Metro), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

      Rural Metro
      c/o Recovery Management Systems Corp.
      25 SE 2nd Avenue, Suite 1120
      Miami, FL 33131-1605
      Attn: Ramesh Singh
      Telephone: (305) 379-7674
      Facsimile: (305) 374-8113
      E-mail: claims@recoverycorp.com

Dated: Miami, Florida
August 9, 2010

                                          By: /s/ Ramesh Singh

                                          Ramesh Singh
                                          c/o Recovery Management Systems Corp.
                                          Financial Controller
                                          25 SE 2nd Avenue, Suite 1120
                                          Miami, FL 33131-1605
                                          (305) 379-7674

Assignee Creditor: Rural Metro